# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELMER CASTRO CABALLERO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al<br><br>　　　　　　　　　Defendants. | Case No.: 25-cv-3407-BJC-BJW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241** |

　　On December 3, 2025, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241. After a review of the petition, this Court deems it appropriate to require Respondents to file a response. Accordingly, Respondents shall file a response to the petition **no later than December 19, 2025, at 5:00 P.M**. Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition. Petitioner may file a traverse **no later than January 2, 2026, at 5:00 P.M.** Absent further order of this Court, this matter will be deemed under submission.

　　**IT IS SO ORDERED**.

Dated: December 5, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge