# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELMER CASTRO CABALLERO,<br><br>                    Plaintiff,<br><br>v.<br><br>KRISTI NOEM, et al<br><br>                    Defendants. | Case No.:  25-cv-3407-BJC-BJW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

On December 3, 2025, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241.  ECF No. 1.  On December 5, 2025, the Court issued a briefing schedule.  ECF No. 4.  Respondents filed a response to the petition on December 19, 2025, and Petitioner filed a traverse on January 6, 2026.  ECF Nos. 5, 6. On February 10, 2026, Petitioner filed an Ex Parte Motion for Temporary Restraining Order requesting an order from the Court barring Respondents from (1) removing Petitioner from the Southern District of California; (2) communicating with Petitioner about his rights, responsibilities, or possible outcomes of his removal proceedings absent the presence of counsel; and (3) ordering his immediate release from custody.  ECF No. 7.

The Court finds it appropriate to set a briefing schedule on the motion for a temporary restraining order.  Additionally, the Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to provide a reasoned decision on the pending

motion. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *Du v. United States Dep't of Homeland Sec.*, No. 3:25-CV-644 (OAW), 2025 WL 1317944, at *2 (D. Conn. Apr. 24, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the District of Connecticut to preserve the court's jurisdiction).

Based on the foregoing, IT IS HEREBY ORDERED:

1. Respondents shall file a response to the TRO **no later than close of business on February 17, 2026**.

2. Petitioner may file a reply **no later than close of business on February 20, 2026**.

3. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to hold a hearing and provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: February 12, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge